SO ORDERED.

SIGNED this 13th day of August, 2014.



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: John Leonard Yehle          Case No. 10-13510
       Anna May Yehle
             Debtors

## ORDER REINSTATING CHAPTER 7 DISCHARGE

NOW ON THE DATE SHOWN Debtors' Motion to Reinstate their Chapter 7 discharge is before the Court. Debtors appear by and through counsel of record, R. L. Leslie. There are no other appearances.

THE COURT FINDS that:

1. Debtors attempted to convert their case to a Chapter 13. However, they were unable to make the payments.

2. Debtors filed a motion to re-convert the case to Chapter 7 and to reinstate their Chapter 7 discharge granted on January 20, 2011.

3. Contemporaneous with the filing of the motion, Debtors filed a notice with objection deadline, giving parties in interest until April 23, 2014, to object.

4. No objections were filed.

5. No actual hearing was held on this motion.

In the United States Bankruptcy Court
For the District of Kansas
In Re: John Leonard Yehle & Anna May Yehle
Case No. 10-13510
Order Reinstating Chapter 7 Discharge
Page 2

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT

that Debtors discharge should be, and is, reinstated.

###


SUBMITTED BY:


/s/ R. L. Leslie
R. L. Leslie, SC#06226
Attorney for Debtors
P.O. Box 2067
Hutchinson, KS 67504-2067
(620) 662-0527
attyleslie@yahoo.com


APPROVED BY:

 s/ Laurie B. Williams
Laurie B. Williams, SC #12868
Standing Chapter 13 Trustee
300 W. Douglas, Ste. 650
Wichita, KS 67202
(316) 267-1791
Email: lbwsig@wichita13trustee.com